**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MICHAEL PAUL JACOBS,      :   No. 89 WM 2017
                           :
           Petitioner        :
                           :
                           :
           v.                :
                           :
                           :
WESTMORELAND COUNTY COURT OF    :
COMMON PLEAS,                    :
                           :
           Respondent      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 18th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.